IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI ANN MRUK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:13-cv-00321 |
| | : | |
| CAROLYN W. COLVIN, ACTING | : | Hon. John E. Jones III |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

### August 7, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1.  The Clerk of Court shall enter judgment in favor of the Commissioner

and against Lori Ann Mruk as set forth in the following paragraph.

2.  The decision of the Commissioner of Social Security denying Lori Ann

Mruk disability insurance benefits is affirmed.

3.  The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

s/John E. Jones III
John E. Jones III
United States District Judge